USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                :
TERRENCE BODDIE,                                :    08 CV 9287 (LAP)
                                                :
                Plaintiff,                      :    ORDER
                                                :
        v.                                      :
                                                :
THE NEW YORK STATE DIVISION                     :
OF PAROLE,                                      :
                                                :
                Defendant.                      :
                                                :
------------------------------------------------------X

MAILED TO pl'ff + COUNSEL 4/28

LORETTA A. PRESKA, United States District Judge:

   The Order of Reference herein [dkt. no. 6] is modified to permit Judge Freeman to resolve any nondispositive motion included in Mr. Boddie's request for relief and issue a Report and Recommendation on any dispositive motion.

SO ORDERED:

Dated: April 28, 2009

_____
LORETTA A. PRESKA, U.S.D.J.

08CV9287order428